FILED'10 MAY 18 10:43USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LYNN CARLSON,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. 3:08-CV-1202-ST<br><br><br>ORDER FOR EAJA FEES |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $8,200.00 should be awarded payable to Plaintiff's attorney pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412

DATED this 18 day of May, 2010.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE

Presented by:

s/ Terrye E. Shea
TERRYE E. SHEA
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
of Attorneys for Defendant
(206) 615-2143

Page 1   ORDER FOR EAJA FEES - [3:08-CV-1202-ST]